# AFFIDAVIT of SEAN MCDERMOTT FEDERAL BUREAU OF INVESTIGATION

I, Sean McDermott, being duly sworn, do herby depose and state as follows:

## Introduction and Agent Background

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation (FBI) and am assigned to the Jefferson City, Missouri Office. I have been an SA with the FBI for approximately twenty (20) years. In the course of my career, I have participated in numerous investigations concerning violations of Title 18 United States Code (U.S.C). I am currently assigned to criminal investigations involving bank robberies.

2. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to seize photographs of JACOB HESSING's left hand, including any jewelry worn thereon. As discussed below, evidence gathered to date provides probable cause to believe that JACOB HESSING attempted to rob the Exchange Bank of Missouri, located in New Franklin, Missouri on September 9, 2023.

3. The information in this affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and other persons. The information in this affidavit is submitted for the limited purpose of establishing probable cause in connection with the present application, and is not intended as a complete statement of all facts related to this investigation.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 2113(a) [Bank Robbery], 18 U.S.C. § 1951(a) [Hobbs Act], 18

1

U.S.C. § 371 [Conspiracy], and 18 U.S.C. § 922(g)(1) [Felon in Possession] have been committed by JACOB HESSING.

**Probable Cause**

5.  On September 9, 2023, the Missouri Information Analysis Center (MIAC) released an alert to law enforcement personnel of an attempted robbery of Exchange Bank of Missouri in New Franklin, Missouri that occurred that morning by an unknown male suspect armed with an AR-15 style rifle and carrying a black bag. The suspect was described as approximately 5'10" tall wearing a black hooded sweatshirt, black pants, black boots, black glasses and a white facemask. The MIAC alert reported the suspect was believed to have entered an older-model maroon Chevrolet Equinox (GETAWAY VEHICLE) with no registration. The following photographs were included with the MIAC alert:

   

6.  Video from a surveillance camera mounted on the exterior of Exchange Bank of Missouri, 102 E Broadway Street, New Franklin, Missouri, was acquired and reviewed. This video captured traffic on E Broadway Street on September 9, 2023, from approximately 09:15:28 to 09:30:26. This video recorded the GETAWAY VEHICLE driving westbound on E Broadway Street at approximately 09:19:02. An individual who appeared to be carrying a rifle attempted to enter Exchange Bank of Missouri at approximately 09:24:34, but the door was locked. Another individual is visible in the driver's seat of the Equinox as the suspect walks towards the bank.

2

7. Video from two surveillance cameras mounted on the exterior of Jennings Premium Meats, 125 E Broadway Street, New Franklin, Missouri, was acquired and reviewed. These videos captured traffic on E Broadway Street on September 9, 2023, from approximately 9:18am to 9:26am. These videos recorded the GETAWAY VEHICLE driving westbound on E Broadway Street at approximately 09:18:51. An individual walked away from Exchange Bank of Missouri and entered the passenger side of the parked GETAWAY VEHICLE at approximately 09:24:48. The GETAWAY VEHICLE then departed eastbound on E Broadway Street, turning southbound onto S Howard Street at approximately 09:25:01.

8. The video surveillance also showed peculiarities and unique damage on the GETAWAY VEHICLE described above. These unique features are described below with the accompanying still images taken from the above-described surveillance video:

    a. The driver's side wheels each had intact center caps whereas the center caps were both missing on the passenger side of the GETAWAY VEHICLE:



3



b. On the tailgate of the GETAWAY VEHICLE, below the branding, there was a white or light-colored rectangular sticker:



c. Visible on the rear passenger side fender area of the GETAWAY VEHICLE was a dent and what appeared to be a rust spot:

4



   d. An object was visible hanging from the rearview mirror of the GETAWAY VEHICLE:



5

e. Both rear tires of the GETAWAY VEHICLE were discolored, particularly on the passenger side:

 

9. These same peculiarities and unique damage can be seen on the Chevrolet Equinox located by FBI Agents parked in the back driveway at 203 E Broadway Street, New Franklin, Missouri, on October 30, 2023. The home at this address is occupied by JACOB HESSING and his spouse, TRISTEN HESSING. This vehicle is registered to TRISTEN HESSING at this address. The license plate number is EK1E7L, State of Missouri. Below are corresponding photographs taken by FBI Agents on October 30, 2023 for various peculiarities seen on the video surveillance described above:

   a. The wheel caps on the driver's side on the Chevrolet Equinox located at 203 E Broadway Street, New Franklin, Missouri remained intact, and the wheel caps on the passenger side were missing:

6





b. Below the Equinox branding on the driver's side of the tailgate there was a rectangular white sticker on the Chevrolet Equinox located at 203 E Broadway Street, New Franklin, Missouri:



c. On the rear passenger side fender area of the Chevrolet Equinox located at

7

203 E Broadway Street, New Franklin, Missouri there was a dent and what appeared to be a rust spot:



    **d.** An object was visible hanging from the rearview mirror of the Chevrolet Equinox located at 203 E Broadway Street, New Franklin, Missouri:



10. As previously noted, surveillance video captured the GETAWAY VEHICLE departed eastbound on E Broadway Street and turned southbound onto S Howard Street after the attempted robbery. Following is a map highlighting the route from Exchange Bank of Missouri, 102 E Broadway Street, New Franklin, Missouri, to the HESSING's back driveway:

8



11. FBI Special Agents contacted JACOB HESSING at 203 E Broadway Street, New Franklin, Missouri. JACOB HESSING reported he had not loaned the Chevrolet Equinox parked in his driveway to anyone. TRISTEN HESSING subsequently arrived home driving a different vehicle. TRISTEN HESSING reported the Chevrolet Equinox had not been loaned to anyone since her brother moved out in approximately June 2023.

12. A criminal history report for JACOB HESSING documented the following felony convictions:

    a. On March 31, 2018, Howard County Sheriff's Office arrested JACOB HESSING and charged him with Possession of a Controlled Substance Except 35 Grams or Less Marijuana/Synthetic Cannabinoid (RSMo 579.015), a class D Felony. On January 15, 2019, Howard County Circuit Court found JACOB HESSING guilty and sentenced him to seven years confinement, suspended, and sentenced to five years probation.

9

b. On June 10, 2018, Cooper County Sheriff's Office arrested JACOB HESSING and charged him with: 1) Distribution of a Controlled Substance Near Schools (RSMo 195.214), a class A Felony; and 2) Distribution, Delivery, Manufacture, or Production of a Controlled Substance (RSMo 195.211), a class B Felony. On November 9, 2018, Cooper County Circuit Court found JACOB HESSING guilty of Distribution, Delivery, Manufacture, or Production of a Controlled Substance and sentenced him to 10 years confinement. On February 15, 2019, that sentence was suspended, and JACOB HESSING was sentenced to five years probation.

13. On October 30, 2023, FBI Special Agents executed residential search warrant 23-SW-03071-WJE at 203 E Broadway, New Franklin, Missouri. During the course of the search, Special Agents discovered an empty long gun case for a rifle or shotgun in the HESSING's master bedroom. A Diamondback Firearms DB15 5.56mm Rifle was subsequently located beside HVAC ductwork on top of a foundation wall in the residence's partially excavated basement:



14. During the course of the search, an Amado Rossi SA 0.38 Special revolver, one round of 9mm ammunition, and one round of 0.357 magnum ammunition were located in the master bedroom. 0.38 caliber ammunition was located in the master bedroom and in the silverware

drawer in the kitchen. These items were collected due to JACOB HESSING's status as a prohibited possessor of ammunition, and subsequently seized pursuant to search warrant 23-SW-03075-WJE.

15. During the course of the search, a gun safe was found in the master bedroom of the residence. TRISTEN HESSING voluntarily provided the combination for this gun safe to the FBI. A Savage Axis .243 bolt action rifle and various types of ammunition, including 5.56mm, 0.243 caliber, handgun ammunition, and 12-gauge shotgun rounds, were located within this safe.

16. HESSING's Chevrolet Equinox was searched and seized pursuant to federal search warrant 23-SW-03072-WJE. Four 5.56mm rounds of ammunition were recovered from the driver's compartment of this vehicle.

17. The FBI's Forensic Audio Visual Image Analysis Unit (FAVIAU) identified multiple similarities between the wear pattern on the rear passenger tire of the GETAWAY VEHICLE and the HESSING's Chevrolet Equinox:






***Images of Questioned Vehicle***          ***Images of Known Chevrolet Equinox***

18. JACOB HESSING was arrested on March 5, 2024 pursuant to a warrant issued by the Western District of Missouri (Cae #2:24-cr-04014-BCW-01). During my interaction with JACOB HESSING before I remanded him to the custody of the U.S. Marshals Service, I observed he wore a gold wedding band on the ring (fourth) finger on his left hand. I subsequently reviewed still images of the attempted bank robber from Exchange Bank of Missouri surveillance video that had been enhanced by FAVIAU. In multiple images, it appears the robber was wearing a metallic ring on the ring (fourth) finger of his left hand.

## Conclusion

19. Based upon my review of the evidence obtained in this investigation to date, JACOB HESSING appears to have been involved in the attempted armed robbery of Exchange

12

Bank of Missouri in New Franklin, Missouri on September 9, 2023, and to have been in possession of firearms and ammunition as a prohibited person.

20. I submit that this affidavit supports probable cause for a warrant to seize photographs of JACOB HESSING's left hand, including any jewelry worn thereon.

21. Based on the forgoing, I request that the Court issue the proposed warrant, pursuant to 18 U.S.C. § 2703(c).

22. The facts set forth in this affidavit are true and correct to the best of my knowledge and belief.

Further, Affiant sayeth not.

Sean McDermott
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, on this, the 6th day of March, 2024.

Willie J. Epps, Jr.
Chief United States Magistrate Judge

13